**Earl D. Roberts, appellee, v. Egyptian Transportation System, appellant.**

Action for personal injuries sustained in automobile collision. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. William F. Borders, Judge, presiding. Heard in this court at the March term, 1926. Affirmed. Opinion filed November 9, 1926.

Geers & Geers and McGlynn & McGlynn, for appellant. John C. Roberts, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.

---

**Albert Kabureck, appellee, v. August Kabureck, appellant.**

Assumpsit for breach of bailment contract. Judgment for plaintiff. Appeal from the Circuit Court of St. Clair county; the Hon. Louis Bernreuter, Judge, presiding. Heard in this court at the March term, 1926. Reversed and remanded. Opinion filed November 9, 1926.

Curt C. Lindauer and Louis Klingel, for appellant. Clyde D. Miller and P. K. Johnson, for appellee.

Mr. Justice Barry delivered the opinion of the court.

---

**P. H. Sauter et al., defendants in error, v. Dimitro Kacalieff et al. Dimitro Kacalieff, plaintiff in error.**

Bill to foreclose mortgage. Decree for complainant. Error to the City Court of East St. Louis; the Hon. William F. Borders, Judge, presiding. Hear in this court at the March term, 1926. Affirmed. Opinion filed November 9, 1926.

Martin D. Baker and Harold G. Baker, for plaintiff in error. D. E. Keefe, Louis Beasley and Edward C. Zulley, *pro se*, for defendants in error.

Mr. Justice Barry delivered the opinion of the court.